# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE DAMAR WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> HERRERA, et al., <br><br> Defendants. | No. 2:18-CV-1956-TLN-DMC-P <br><br><br> ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action by way of a complaint filed on July 16, 2018, against defendants Herrera, Dawson, Ferrucci, Panag, and Besson alleging deliberate indifference to plaintiff's serious medical needs. See Doc. 1. On October 29, 2018, plaintiff filed a document he describes as a "Supplement Complaint Under Rule 15(d) Adding Defendants and Claim which 'Relates Back.'" Doc. 15. According to plaintiff, after filing inmate grievances concerning his deliberate indifference claim, various other prison officials retaliated against him in violation of his rights under the First Amendment. See id.

///
///
///

1

Supplemental complaints "setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented" may be filed with leave of court. Fed. R. Civ. P. 15(d). In this case, plaintiff has not sought or obtained leave of court to file a supplemental complaint. For this reason, plaintiff's supplemental complaint will be stricken. Plaintiff will, however, be permitted an opportunity to file a single first amended complaint setting forth all of plaintiff's constitutional claims against all defendants in one pleading. If plaintiff does not file a first amended complaint within the time provided, the matter will proceed on the original complaint setting forth plaintiff's deliberate indifference claims against defendants Herrera, Dawson, Ferrucci, Panag, and Besson.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's supplemental complaint (Doc. 15) is stricken; and

2. Plaintiff may file a first amended complaint setting forth all claims against all defendants in a single pleading within 30 days of the date of this order.

Dated: November 1, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The court has reviewed the original complaint as required by the Prison Litigation Reform Act and is prepared to direct service of process against all named defendants.