# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE DAMAR WILLIAMS, JR., | No. 2:18-CV-1956-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HERRERA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions (ECF Nos. 33 and 34) for a stay of proceedings pending plaintiff's completion of mental health treatment at the California Health Care Facility in Stockton, California. Defendants have filed a statement of non-opposition to plaintiff's motions (ECF No. 35). Good cause appearing therefor, plaintiff's unopposed motions will be granted and this action will be stayed. Plaintiff is required to submit periodic status reports concerning his mental health treatment as directed below. Plaintiff is cautioned that failure to file a timely status report may result in dismissal of the entire action. See Local Rule 110.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motions to stay proceedings (ECF Nos. 33 and 34) are granted;

2. Further proceedings in this action are stayed; and

3. Plaintiff shall file a status report within 60 days of the date of this order and every 60 days thereafter pending an order from the court lifting the stay and rescheduling this matter.

Dated: November 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE