1

2

3

4

5

6

7

8
# IN THE UNITED STATES DISTRICT COURT

9
## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
RANDEE DAMAR WILLIAMS, JR.,

12
       Plaintiff,

13
    v.

14
HERRERA, et al.,

15
       Defendants.

No.  2:18-CV-1956-TLN-DMC-P

FINDINGS AND RECOMMENDATIONS

16

17
       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18
42 U.S.C. § 1983.  On November 22, 2019, the Court stayed proceedings and directed Plaintiff to

19
file a status report within 60 days and every 60 days thereafter pending further order of the Court.

20
Plaintiff was warned that failure to file a status report may result in dismissal of this action for

21
lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

22
Plaintiff's last status report was filed on September 22, 2021.  To date, more than 60 days have

23
elapsed and plaintiff has not filed a further status report.

24
       The Court must weigh five factors before imposing the harsh sanction of dismissal.

25
See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal

26
Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's interest in

27
expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of

28
prejudice to opposing parties; (4) the public policy favoring disposition of cases on their merits;

1   and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran, 46 F.3d 52,

2   53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an appropriate

3   sanction is considered a less drastic alternative sufficient to satisfy the last factor.  See Malone,

4   833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is appropriate where

5   there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.

6   1986).

7          Having considered these factors, and in light of Plaintiff's failure to file a status

8   report as directed, the Court finds that dismissal of this action is appropriate.

9          Based on the foregoing, the undersigned recommends that this action be dismissed,

10  without prejudice, for lack of prosecution and failure to comply with court rules and orders.

11         These findings and recommendations are submitted to the United States District

12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

13  after being served with these findings and recommendations, any party may file written

14  objections with the court.  Responses to objections shall be filed within 14 days after service of

15  objections.  Failure to file objections within the specified time may waive the right to appeal.  See

16  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17

18  Dated:  December 2, 2021

19                                                    _____
                                                      DENNIS M. COTA
20                                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                                2