# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE DAMAR WILLIAMS, JR., | No. 2:18-CV-1956-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HERRERA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause appearing therefor, Defendants' motion, ECF No. 57, to opt out of early alternative dispute resolution will be granted. The suspension of the current schedule will be lifted and the Court will set a new schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion, ECF No. 57, to opt out of the Court's early alternative dispute resolution program is granted;

2. The suspension of the schedule for this litigation is lifted;

3. The parties may conduct discovery until March 20, 2023. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date. Any motions necessary to compel discovery shall be filed within 60 days from this cut-off date; and

4.      All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

IT IS SO ORDERED.

Dated:  December 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE