IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE DAMAR WILLIAMS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>HERRERA, et al.,<br><br>Defendants. | No. 2:18-CV-1956-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 61. Defendants have filed a statement of non-opposition. See ECF No. 62. Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). Plaintiff's motion at ECF No. 59 is denied as moot. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1